UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ENO, | ) Civil Action No. <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) JURY TRIAL DEMANDED <br> ) |
| CITY OF WILMINGTON, a municipal government | ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

**NOTICE OF LAWSUIT AND REQUEST FOR WAIVER
OF SERVICE OF SUMMONS**

TO: City of Wilmington
   800 N. French Street
   Wilmington, DE. 19801

    A lawsuit has been commenced against you, as shown above. A copy of the Complaint is attached to this Notice. The lawsuit has been filed in the United States District Court for the District of Delaware and has been assigned Docket No.

This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed Waiver of Service in order to save the cost of serving you with a judicial summons and a copy of the Complaint. The cost of service will be avoided if I receive a signed copy of the Waiver within 30 days after the date designated below as the date on which this Notice and Request is sent. Enclosed is a stamped self-addressed envelope for your use. An extra copy of the Waiver is also enclosed for your records.

If you comply with this request and return the signed waiver, it will be filed with the Court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the Complaint before 60 days from the date designated below as the date on which this Notice is sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the Court to require the party on whose behalf you are addressed to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff by First Class Mail this 1st day of May 2008.

                                  /s/ *Ronald Stoner,* DE. 2818
                                  RONALD STONER, P.A.
                                  1107 Drummond Plaza
                                  Newark, DE. 19711
                                  302-369-6400
                                  302-369-6800 (Fax)
                                  E-mail: RonStonerEsq@aol.com
                                  Attorney for Plaintiff